JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dennis D. Sadorra | CASE NUMBER |
|---|---|
| v.    PLAINTIFF(S) | 5: 24-cv-0396-JGB-DTB |
| Starlight Dunes HOA et al    DEFENDANT(S) | ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE) |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

   ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
   ☒ The action is frivolous or malicious.
   ☒ The action fails to state a claim upon which relief may be granted.
   ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

_March 8, 2024_
Date

_[signature]_
United States District Judge

CV-73 (07/22)            ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

Plaintiff asserts a series of claims without alleging sufficient facts to support the claims. Plaintiff asserts, for example, "Defendants sought to control the outcome of the suit by sabotaging and conniving with each and every counsel that Plaintiff maintained . . . Defendant Judge Klatchko is trading bonds that are directly of a case which she is overseeing." Such factual assertions do not state a plausible claim for relief. Because Plaintiff's allegations are frivolous and cannot be cured by amendment, Plaintiff's IFP Request is DENIED and this action is DISMISSED WITH PREJUDICE.